No. 95–5665.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 95–5666.   MAXIM *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–5670.   HANCOCK *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 95–5672.   FONDREN *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 95–5676.   HANSEN *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 95–5679.   SMITH *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5682.   HESS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–5684.   HURTADO *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 95–5686.   JOHNSON ET AL. *v.* UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 95–5687.   ACUNA, AKA GAITAN *v.* UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.

No. 95–5689.   THOMAS *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 95–5690.   KHOI TRONG TRAN *v.* UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 95–5691.   VAUGHN *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 95–5694.   BUCHANAN *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 95–5695.   CORDELL *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 95–5696.   BLAKE *v.* UNITED STATES.   C. A. D. C. Cir.
Certiorari denied.